UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

KAISEEM TANKERSLEY,

Civil No.: 19 CV-3359

Plaintiff

-against-

THE CITY OF NEW YORK, et. al.,

Defendants.

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE SUBPOENA

STATE OF NEW YORK      )
                       )ss:
COUNTY OF KINGS        )

**MOSES OSAYAME**, being duly sworn, deposes and says that I am over the age of eighteen years and I am not a party in this proceeding; that on 28th  day of October, 2019, at 11: 10 a.m. at 125-01 Queens Boulevard, Kew Gardens, New York, County of Queens, City of New York, State of New York, deponent served the annexed Subpoena To Produce Documents Queens County DA, by delivering to and leaving a copy thereof with the person in charge of receiving process on behalf of the of the Queens DA's Office Melissa Figuerora, Female **Hispanic, 25-30 years old, 5-5 to 5-7 feet tall, and weights about  140-150 Ilbs.**

Deponent further says he knew the person so served to be the officer in charge of Receiving process for the Queens County District Attorney's Office.

Moses Osayame
Lic. #2070339

Subscribed and sworn to before
me this 30th day of October, 2019

Notary Public

OSONDU ANYADIKE, ESQ.
Notary Public, State of New York. No.
02AN6215511
Qualified in Kings County. Commission
Expires Dec., 28, 2020