UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KAISEEM TANKERSLEY,

                       Plaintiff,                           JUDGMENT

     v.                                                     19-CV-3359 (MKB)

THE CITY OF NEW YORK, DETECTIVE
JOHN LOMBARDI, Tax Reg. #931791,
DETECTIVE WILLIAM THOMAS, Shield #4026,
SERGEANT JASON NACHTRAB, Tax Reg.
#933080, DETECTIVE ANTHONY BOTTA,
Tax Reg. #929760, SERGEANT RON MENTORE,
Tax Reg. #933020, DETECTIVE JOSEPH GRILLO,
Shield #1357, DETECTIVE JEFFREY ARCEO,
Tax Reg. #945475, SERGEANT FRANK VENTURA,
Shield #5237, DETECTIVE JOHN SHEEDY,
Shield #7177, DETECTIVE PHIL MCCRAIN,
Shield #3549, and JOHN DOE AND JANE DOE,

                       Defendants.
----------------------------------------------------------------X

       A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on October 26, 2021, granting Defendants' motion; and dismissing the action with prejudice for failure to prosecute; it is

       ORDERED and ADJUDGED that Defendants' motion is granted; and that this action is dismissed with prejudice for failure to prosecute.

Dated: Brooklyn, New York                             Douglas C. Palmer
       October 27, 2021                                   Clerk of Court

                                                 By:    */s/Jalitza Poveda*
                                                            Deputy Clerk